2012-1630, -1631
(Reexamination No. 95/000,526)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Q.I. PRESS CONTROLS, B.V.,

Appellant,

v.

David J. Kappos, DIRECTOR
UNITED STATES PATENT AND TRADEMARK OFFICE,

Appellee,

v.

QUAD/TECH, INC.,

Cross-Appellant.

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences

CROSS-APPELLANT QUAD/TECH, INC.'S
MOTION TO EXTEND TIME TO FILE INITIAL BRIEF

Matthew B. Lowrie
Brett P. Belden

FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Telephone – 617-342-4000
Facsimile – 617-342-4001

*Counsel for Cross-Appellant
Quad/Tech, Inc.*

February 12, 2013

Cross-Appellant Quad/Tech, Inc. ("Quad/Tech") hereby moves pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b) to extend the time to file its initial brief.

Quad/Tech's initial brief is currently due March 14, 2013. Quad/Tech respectfully requests a sixty-day extension, which would make its initial brief due May 13, 2013. Quad/Tech has not sought, nor has the Court granted, any previous extensions for the filing of Quad/Tech's initial brief.

Good cause exists for Quad/Tech's requested extension because the lead counsel for Quad/Tech in this appeal, Mr. Matthew Lowrie, currently has a trial scheduled in a patent infringement action in March and a technology tutorial and *Markman* hearing scheduled in another case in April. (Declaration of Matthew B. Lowrie, ¶¶ 2, 3) The trial is scheduled to begin on March 4, 2013 and to be preceded by a pre-trial conference on March 1, 2013. (*Id.* ¶ 2) The technology tutorial and *Markman* hearing is scheduled for April 16, 2013. (*Id.* ¶ 3) Briefing for the *Markman* hearing will be conducted in March and early April, and expert depositions will likely be conducted during the first two weeks of April. (*Id.*)

The current deadline for filing Quad/Tech's initial brief falls shortly after the beginning of the trial, on March 14, 2013. (*Id.* ¶ 4) Counsel for Quad/Tech will be preparing for the trial and working on *Markman* briefing and expert support in the coming weeks. (*Id.*) Once the trial has concluded, counsel for Quad/Tech will be

working on additional *Markman* briefing, preparing for and taking/defending expert depositions, and preparing for the technology tutorial and *Markman* hearing. (*Id.*) Thus, counsel will have limited availability from now until early April to work on Quad/Tech's initial brief. (*Id.*) Because of the commitment of counsel required for the trial and the technology tutorial and *Markman* proceedings, Quad/Tech respectfully requests that the Court grant this motion for a sixty-day extension, or until May 13, 2013, to file its initial brief.

## Statement of Consent

Quad/Tech notified counsel for Appellant Q.I. Press Controls, B.V. ("Q.I. Press Controls") and Appellee David J. Kappos of the United States Patent and Trademark Office ("USPTO") that Quad/Tech would be filing this motion and explained the basis for seeking the extension (i.e., the upcoming trial and technology tutorial and *Markman* hearing). Counsel for both Q.I. Press Controls and the USPTO indicated that they consent to the requested sixty-day extension.

February 12, 2013

Respectfully submitted,

QUAD/TECH, INC.

Matthew B. Lowrie
Brett P. Belden
FOLEY & LARDNER, LLP
111 Huntington Avenue
Boston, MA 02199

Telephone – 617-342-4000
Facsimile – 617-342-4001

Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Q.I. PRESS CONTROLS  v.  KAPPOS

No. 12-1630

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Quad/Tech, Inc. (cross-appellant) certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Quad/Tech, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Quad/Tech, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Quad/Graphics, Inc. is the parent corporation of Quad/Tech, Inc. and owns a 100% interest. There are no other parent corporations, and there are no publicly held companies that own 10% or more of Quad/Tech, Inc.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Matthew B. Lowrie, Matthew A. Smith, Brett P. Belden and Chase J. Brill, all of Foley & Lardner LLP, and Steven C. Becker, formerly of Foley & Lardner LLP

2/12/13
Date

Signature of counsel
Brett P. Belden
Printed name of counsel

Please Note: All questions must be answered
cc: Certificate of Service

124

2012-1630, -1631
(Reexamination No. 95/000,526)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Q.I. PRESS CONTROLS, B.V.,

Appellant,

v.

David J. Kappos, DIRECTOR
UNITED STATES PATENT AND TRADEMARK OFFICE,

Appellee,

v.

QUAD/TECH, INC.,

Cross-Appellant.

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences

DECLARATION OF MATTHEW B. LOWRIE IN SUPPORT OF CROSS-APPELLANT QUAD/TECH, INC.'S
MOTION TO EXTEND TIME TO FILE INITIAL BRIEF

| | |
|---|---|
| Matthew B. Lowrie<br>Brett P. Belden | FOLEY & LARDNER LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>Telephone – 617-342-4000<br>Facsimile – 617-342-4001<br><br>*Counsel for Cross-Appellant*<br>*Quad/Tech, Inc.* |
| February 11, 2013 | |

I, Matthew B. Lowrie, declare as follows:

1. I am an attorney of record for Cross-Appellant Quad/Tech, Inc. ("Quad/Tech").

2. I currently have a trial scheduled in a patent infringement action in March. The trial is scheduled to begin on March 4, 2013. I will be attending a pre-trial conference on March 1, 2013.

3. I also currently have a technology tutorial and *Markman* hearing in another case scheduled on April 16, 2013. Briefing for the *Markman* hearing will be conducted in March and early April. Expert depositions will likely be conducted during the first two weeks of April.

4. The current deadline for filing Quad/Tech's initial brief is March 14, 2013. I will be preparing for trial and working on *Markman* briefing and expert support in the coming weeks. Once the trial has concluded, I will be working on additional *Markman* briefing, preparing for and taking/defending expert depositions, and preparing for the technology tutorial and *Markman* hearing. Thus, I will have limited availability from now until early April to work on Quad/Tech's initial brief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 11, 2013

Matthew B. Lowrie

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2013, the foregoing documents were electronically filed using the CM/ECF System, which will send notification of such filing to all counsel of record in this matter, including:

David D. Langfitt
LOCKS LAW FIRM
601 Walnut Street
Philadelphia, PA 19106
    *Counsel for Q.I. Press Controls, B.V.*

Raymond T. Chen, Solicitor
Sydney O. Johnson Jr.
Joseph G. Piccolo
United States Patent and Trademark Office
Office of the Solicitor
MDW 8A15
P.O. Box 1450
Mail Stop 8
Alexandria, VA 22213-1450
    *Counsel for David J. Kappos, Director, USPTO*

Brett P. Belden