NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**Q. I. PRESS CONTROLS, B.V.,**
*Appellant,*

v.

**Teresa Stanek Rea, ACTING DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

v.

**QUAD/TECH, INC.,**
*Cross-Appellant.*

---

2012-1630, -1631

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences in Reexamination No. 95/000,526.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the Acting Director's unopposed motion to set the briefing schedule,

Q. I. PRESS CONTROLS v. REA                                                                 2

IT IS ORDERED THAT:

(1)  The motion is granted.  Appellee's brief is due 40 days after service of Quad/Tech, Inc.'s brief.

(2)  The revised official caption is reflected above.

                                  FOR THE COURT

                                  /s/ Jan Horbaly
                                  Jan Horbaly
                                  Clerk

s26