# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: April 15, 2013

Official Caption[1]

2012-1630, -1631

Q. I. PRESS CONTROLS, B.V.,

Appellant,

v.

Teresa Stanek Rea, ACTING DIRECTOR,
UNITED STATES PATENT AND TRADEMARK OFFICE,

Appellee,

v.

QUAD/TECH, INC.,

Cross-Appellant.

Appeal from the United States Patent and Trademark Office, Board
of Patent Appeals and Interferences in Reexamination No. 95/000,526.

Authorized Abbreviated Caption[2]

Q. I. PRESS CONTROLS V REA, 2012-1630, -1631

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.