# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**
**CLERK OF COURT**

TELEPHONE: 202-275-8000

August 29, 2014

David D. Langfitt
Locks Law Firm
The Curtis Center
601 Walnut Street
Suite 720 East
Philadelphia, Pennsylvania  19106

    RE:    Q.I. Press Controls v. Lee, Appeal Nos. 12-1630, -1631

Dear Mr. Langfitt:

    The court invites a response from the appellant to the petition for panel rehearing filed by the appellee Michelle K. Lee, Deputy Director, U.S. Patent and Trademark Office.

    Please file your response in accordance with Fed. Cir. Rules 35 and 40 on or before September 12, 2014.

                      Very truly yours,

                      /s/ Daniel E. O'Toole
                      Daniel E. O'Toole
                      Clerk of Court